UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN R. BROWN,

    Defendant.
_____/

Case: 4:12-cr-20217
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 04-04-2012 At 02:31 PM
INDI USA v Brown (krk)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### FELON IN POSSESSION OF FIREARM
### 18 U.S.C. § 922(g)(1)

On or about February 7, 2012, in the Eastern District of Michigan, KEVIN R. BROWN, after having been convicted in the Genesee County Circuit Court on June 21, 2010 of possession of controlled substance less than 25 grams, and in the Oakland County Circuit Court on December 21, 2010 of possession of controlled substance less than 25 grams and fleeing and eluding-4th degree, all crimes punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Fabrique Nationale, .32 caliber, semi-automatic handgun, serial number 38588, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)(1)

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, 924(d)(1).

Upon conviction of the offense charged in Count One of this Indictment, KEVIN R. BROWN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) any firearm or ammunition involved in said offense including but not limited to one Fabrique Nationale, .32 caliber, semi-automatic handgun, serial number 38588.

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

Dated: April 4, 2012

BARBARA L. McQUADE
United States Attorney

s/ANTHONY P. VANCE
Assistant United States Attorney
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5033
Fax: (810) 766-5427
anthony.vance@usdoj.gov
P61148

s/CRAIG F. WININGER
Assistant United States Attorney
Chief, Branch Offices

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008 [ ]

**Companion Case Information**
This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    ☐ No

Case: 4:12-cr-20217
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 04-04-2012 At 02:31 PM
INDI USA v Brown (krk)

Case Title: USA v. KEVIN R. BROWN
County where offense occurred: Genesee

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

__x__ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number: ]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____
   ☐ Original case was terminated; no additional charges or defendants.
   ☐ Corrects errors; no additional charges or defendants.
   ☐ Involves, for plea purposes, different charges or adds counts.
   ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 3, 2012
   Date

ANTHONY P. VANCE
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5033
Fax: (810) 766-5427
E-Mail address: a.vance@usdoj.gov
Attorney Bar #: P61148

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09