AUSA VANCE
Special Agent O'NEAL/ATF

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan


FILED JUN 18 2012
U.S. DISTRICT COURT
FLINT, MICHIGAN

United States of America
v.
KEVIN R. BROWN

Case No. 12-20217

F/O 8839202

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN R. BROWN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g).

Date: 4/4/12

*Issuing officer's signature*

City and state: Flint, Michigan

KRISTEN KRAWCZYK     DEPUTY CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/4/12, and the person was arrested on *(date)* 6/14/12
at *(city and state)* Oakland County Sheriff Dept.

Date: 6/14/12

*Arresting officer's signature*

Tracy O'Neal
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA